APRIL 10, 2002

No. 01–8552 (01A715). SANTELLAN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 01–9243 (01A719). SANTELLAN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

APRIL 12, 2002

No. 01–309. HOPE v. PELZER ET AL. C. A. 11th Cir. [Certiorari granted, 534 U. S. 1073 and 1120.] Motion of Missouri et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted.

APRIL 15, 2002

No. 01–8107. GLICK ET AL. v. ARIZONA. Sup. Ct. Ariz. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kansas* v. *Crane*, 534 U. S. 407 (2002).